IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RLJ HYH EMERYVILLE LP,<br><br>    Defendant. | Case No. 19-cv-05908-MMC<br><br>**ORDER OF DISMISSAL** |

Plaintiff Theresa Brooke having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: November 13, 2019

                                                MAXINE M. CHESNEY
                                              United States District Judge

---

[1] Nothing herein is intended to preclude plaintiff from subsequently filing a notice of dismissal with prejudice.